IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON BASHUS, by and through his parents and legal guardians, Gregory and Christine Bashus, ) ) ) ) | Case No. 8:06CV300 |
| Plaintiffs, ) ) | |
| vs. ) ) | **ORDER** |
| PLATTSMOUTH COMMUNITY SCHOOL DISTRICT, PLATTSMOUTH SCHOOL BOARD, SAM HARDY, MARY CAVERZAGIE, MATT GLUP, ROD JENKINS, NEIL LANCASTER, DON FREEBURG, BOB PRIEBE, JOHN BATEMAN, KEN WINTERS, JEFF WILES, GREG ADAMS, RENEE JACOBSON, and DR. CONNIE HEINEN, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

Having reviewed the Plaintiff's Unopposed Motion for Extension of Time to File a Brief in Opposition to Defendants' Motion to Dismiss,

IT IS ORDERED:

1. The Motion for Extension of Time to File a Brief in Opposition to the Defendants' Motion to Dismiss (Filing No. 26) is granted; and

2. The Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss shall be filed on or before July 12, 2006.

Dated this 30th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge