FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 13 2006
OFFICE OF THE CLERK

RECEIVED
JUN -  2006
CLERK
U.S. DISTRICT COURT
OMAHA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON BASHUS, by and through his parents and legal guardians, Gregory and Christine Bashus,<br><br>            Plaintiffs,<br><br>vs.<br><br>PLATTSMOUTH COMMUNITY SCHOOL DISTRICT, PLATTSMOUTH SCHOOL BOARD, SAM HARDY, MARY CAVERZAGIE, MATT GLUP, ROD JENKINS, NEIL LANCASTER DON FREEBURG, BOB PRIEBE, JOHN BATEMAN, KEN WINTERS, JEFF WILES, GREG ADAMS, RENEE JACOBSON, and DR. CONNIE HEINEN,<br><br>            Defendants. | Case No. 8:06CV300<br><br>**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**<br>**AND**<br>**ORDER OF REFERENCE** |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| *[signed]*<br>Mary Kay O'Connor #18148 | For Brandon Bashus | 6/8/06 |
| *[signed]*<br>Jeanelle R. Lust #20556 | For Plattsmouth Community School District and all other Defendants | 6/6/06 |

{OM527782.1}

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

June 13, 2006
Date

United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

{OM527782.1}