# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRANDON BASHUS, by and through his Parents and legal guardians, Gregory and Christine Bashus,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | **8:06CV300** |
| vs. | ) ) | |
| **PLATTSMOUTH COMMUNITY SCHOOL DISTRICT, PLATTSMOUTH SCHOOL BOARD, SAM HARDY, MARY CAVERZAGIE, MATT GLUP, ROD JENKINS, NEIL LANCASTER, DON FREEBURG, BOB PRIEBE, JOHN BATEMAN, KEN WITHERS, JEFF WILES, GREG ADAMS, RENEE JACOBSON and DR. CONNIE HEINEN,** | ) ) ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

THIS MATTER came before the court on the Plaintiffs' Motion to Seal [41].  The document sought to be placed under seal, Plaintiffs' Rule 26 Disclosures [38], contains personal information of minor persons having knowledge or information of the events alleged in the Plaintiffs' Complaint.

**IT IS THEREFORE ORDERED:**

1. The Motion to Seal [41] is granted; and

2. The Clerk shall seal Filing [38], i.e., Plaintiffs' Rule 26 Disclosures.

**DATED August 3, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**