# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRANDON BASHUS, by and through his Parents and legal guardians, Gregory and Christine Bashus,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | **8:06CV300** |
| vs. | ) ) | |
| **PLATTSMOUTH COMMUNITY SCHOOL DISTRICT, PLATTSMOUTH SCHOOL BOARD, SAM HARDY, MARY CAVERZAGIE, MATT GLUP, ROD JENKINS, NEIL LANCASTER, DON FREEBURG, BOB PRIEBE, JOHN BATEMAN, KEN WITHERS, JEFF WILES, GREG ADAMS, RENEE JACOBSON and DR. CONNIE HEINEN,** | ) ) ) ) ) ) ) | **SCHEDULING ORDER** |
| **Defendants.** | ) ) | |

In accordance with Paragraph 7 of the Initial Progression Order [30],

**IT IS ORDERED** that a telephonic status conference will be held on **Thursday, October 19, 2006 at 9:30 a.m.** for the purpose of reviewing the preparation of the case to date and scheduling the case to trial. Plaintiff's counsel shall initiate the conference call to opposing counsel and to the court at 402-661-7340.

**DATED August 18, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**