IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON BASHUS, et al., | ) | Case No. 8:06CV300 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| PLATTSMOUTH COMMUNITY SCHOOL DISTRICT, et al., | ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Mary K. O'Connor, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **November 20, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for October 19, 2006, is cancelled upon the representation that this case is settled.

Dated this 19th day of October 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge