IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON BASHUS, by and through his parents and legal guardians, Gregory and Christine Bashus,<br><br>Plaintiffs,<br><br>vs.<br><br>PLATTSMOUTH COMMUNITY SCHOOL DISTRICT, PLATTSMOUTH SCHOOL BOARD, SAM HARDY, MARY CAVERZAGIE, MATT GLUP, ROD JENKINS, NEIL LANCASTER, DON FREEBURG, BOB PRIEBE, JOHN BATEMAN, KEN WINTERS, JEFF WILES, GREG ADAMS, RENEE JACOBSON, and DR. CONNIE HEINEN,<br><br>Defendants. | Case No. 8:06CV300<br><br>**ORDER** |

This matter comes before the Court upon the Joint Stipulation for Dismissal [46] with prejudice of the parties. Upon due consideration thereof, the Court finds that this action should be dismissed with prejudice, with the parties paying their own costs and complete record waived.

IT IS THEREFORE ORDERED, that this action should be and hereby is dismissed with prejudice, with all parties to pay their own costs and complete record waived.

ENTERED this 13th day of November, 2006.

BY THE COURT:


s/ F. A. Gossett
United States Magistrate Judge

OM531237.1